IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PHIL BRYANT & DEBORAH BRYANT,

      Plaintiffs,

    v.                       Civil No. 3:24-CV-260-KHJ-MTP

MICHAEL ROSENBERG &
THE ARENA GROUP HOLDINGS, INC.,

      Defendants.

**DEFENDANT THE ARENA GROUP HOLDINGS, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant The Arena Group Holdings, Inc. ("The Arena Group") respectfully moves this Court for an order dismissing all claims asserted by Plaintiffs Phil and Deborah Bryant ("Plaintiffs") on the ground that Plaintiffs fail to state a claim upon which relief can be granted. This motion is based on the accompanying memorandum of points and authorities, the pleadings and any exhibits attached thereto, and any argument the Court may allow on this matter.

                                        Respectfully Submitted,

                                        */s/ Susan E. Egeland*
                                        SUSAN E. EGELAND (LEAD COUNSEL)
                                        MS Bar No. 104110
                                        susan.egeland@faegredrinker.com
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        2323 Ross Avenue, Suite 1700
                                        Dallas, Texas 75201
                                        (469) 357-2533
                                        (469) 327-0860 (fax)

Paul A. Rosenthal
*Pro Hac Vice* Forthcoming
Paul.Rosenthal@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360 9831 (fax)

Katlyn M. Moseley
*Pro Hac Vice* Forthcoming
Katlyn.Moseley@faegredrinker.com
1500 K. Street N.W., Ste. 1100
Washington, D.C. 20005
(202) 230 5000
(202) 842 8465 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF System which sent notification of such filing to the following:

William M. Quin , II
MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
601/707-5725
Fax: 601/510-2939
Email: wquin@mmqnlaw.com

                                                  */s/ Susan E. Egeland*
                                                  SUSAN E. EGELAND

DMS_US.365012815.1