UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PHIL BRYANT, et al.                                                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:24-CV-260-KHJ-MTP

MICHAEL ROSENBERG, et al.                                                              DEFENDANTS

ORDER

The Court directs the parties to file responses addressing the applicability of *Favre v. Sharpe*, No. 23-60610, 2024 WL 4196552 (5th Cir. Sept. 16, 2024). *See* Def.'s Notice Suppl. Auth. [19]. The parties' responses, not to exceed five pages, are due by noon on October 30, 2024.

SO ORDERED, this 16th day of October, 2024.

                                                       s/ *Kristi H. Johnson*
                                                  UNITED STATES DISTRICT JUDGE