UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PHIL BRYANT, ET AL.                                                                                PLAINTIFFS

V.                                                       CIVIL ACTION NO. 3:24-CV-260-KHJ-MTP

MICHAEL ROSENBERG, ET AL.                                                              DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing Plaintiffs Phil and Deborah Bryant's claims with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 25th day of March, 2025.

                                                                                                            s/ *Kristi H. Johnson*
                                                                                      UNITED STATES DISTRICT JUDGE