**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**PHIL BRYANT & DEBORAH BRYANT**                                **PLAINTIFFS**

**v.**                                                       **CASE NO. 3:24-cv-260-KHJ-MTP**

**MICHAEL ROSENBERG &
THE ARENA GROUP HOLDINGS, INC.**                         **DEFENDANTS**

**CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED**

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure, former Governor Phil Bryant and former First Lady Deborah Bryant certify that no transcript will be ordered for the record on appeal. The district court did not hold an oral argument on the motions to dismiss [ECF Nos. 4, 9]. Accordingly, there is no transcript to order.

**RESPECTFULLY SUBMITTED**, on this 10th day of April 2025.

                                By:      /s/ *William M. Quin II*
                                                     William M. Quin II (MS Bar No. 10834)
                                                     **MCCRANEY MONTAGNET QUIN & NOBLE, PLLC**
                                                      602 Steed Road, Suite 200
                                                      Ridgeland, Mississippi 39157
                                                      Telephone: (601) 707-5725
                                                      Facsimile: (601) 510-2939
                                                      Email: wquin@mmqnlaw.com

                                                    **Attorney for Plaintiffs, the Honorable Phil Bryant, 64th Governor of the State of Mississippi, and Deborah Bryant, former First Lady of the State of Mississippi**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the preceding pleading or other paper with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record in this proceeding.

**SO CERTIFIED,** this 10th day of April 2025.

/s/*William M. Quin II*